**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.                                                  Case No.

_____

**WAIVER OF DEFENDANT'S PRESENCE AT**
**ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA**

I, _____, waive my right to be present at

my arraignment and plead not guilty to the charges against me. I received a copy of

the charging instrument and waive a formal reading. I further waive my right to have

my attorney present at the arraignment, and I consent to my attorney participating

telephonically. I will participate in discovery as permitted by Rule 16, Federal Rules

of Criminal Procedure.


_____
Defendant


_____
Counsel for the defendant
Bar No.:
Address:
Phone No.:


Date:_____

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I accept the defendant's waiver of their presence and the presence of their attorney at the arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by _____ to the Office of the United States Attorney, this _____ day of _____, 20\_\_\_\_.

_____
Counsel for the defendant